**UNITED STATES DISTRICT COURT W.D. OF WASHINGTON AT TACOMA**

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

 **v.**

**DANIEL SHELDON McNETT,**

    **Defendant.**

**Case No. CR11-5508BHS**

**DETENTION ORDER**

**THIS MATTER came before the Court on the Petition of the United States Pretrial Services Office Office alleging defendant violated the conditions of supervision.**

**The plaintiff appeared through Assistant United States Attorney, Catherine Crisham.**

**The defendant appeared personally and represented by counsel, Michael Schwartz.**

**The Court found the defendant committed Violation #2: Failing to submit to breathalyzer testing on February 2, 2012.**

**The Court did not find the defendant committed Violation #1: Aborting inpatient treatment without prior approval of Pretrial Services on February 2, 2012.**

**For the reasons stated orally in open court, the defendant is ordered detained.**

**The defendant shall be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.**

**The defendant shall be afforded reasonable opportunity for private consultation with counsel.**

**The defendant shall on order of a court of the United States or on request of an attorney for the Government, be delivered to a United States Marshal for the purpose of an appearance in connection with a court proceeding.**

**The clerks shall direct copies of this order to counsel for the United States, to counsel for the defendant, the United States Marshal and to the United States Probation Office and/or Pretrial Services Office.**

            **March 19, 2012.**

            *Karen L. Strombom*
            Karen L. Strombom
            United States Magistrate Judge

ORDER
Page - 1